**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SUKHBIR SINGH,

Petitioner,

v.

MARKWAYNE MULLIN, *et al*.,

Respondents.

Case No. 5:26-cv-05711-DMK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

Petitioner Sukhbir Singh is a native and citizen of India who has resided in the United States since approximately July 2024. ECF 1 at ¶ 19. He was released on parole in September 2024, after which he timely filed for asylum. *Id.* at ¶ 20. Since his release on parole, Petitioner has lived openly and peacefully in the community, and has no criminal history. *Id.* at ¶¶ 20-21.

Nevertheless, on or about September 19, 2026, Petitioner was arrested and re-detained by Immigration and Customs Enforcement, without any notice of why he was being detained, or any hearing to determine whether his re-detention was justified. *Id.* at ¶ 24. To date, Petitioner remains detained at the Adelanto ICE Processing Center. *Id.* at ¶ 6.

Petitioner now brings the instant habeas petition, alleging violation of his right to procedural due process, based on Respondents' failure to provide him with notice or a pre-deprivation hearing.

Respondents have failed to oppose the Petition or to appear in this matter at all, despite having been ordered to file a notice of appearance by October 1, 2026, and an Answer by October 5, 2026. *See* ECF 5 (General Order 26-05 and briefing schedule). Accordingly, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE Petitioner Sukhbir Singh (A# 221-154-773) FORTHWITH** on conditions of release no more restrictive than those in effect when he was most recently detained.

2) Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Any application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act shall be filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

Dated: October 6, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE