**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUKHBIR SINGH,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al*.,<br>Respondents. | Case No. 5:26-cv-05711-DMK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS HEREBY ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted. Petitioner is to be released immediately from the custody of Immigration and Customs Enforcement on conditions no more restrictive than those in effect when he was most recently detained. In addition, Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions. Respondents shall file a notice of compliance within 72 hours.

DATED: October 6, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE